Honorable James E. Shadid,                  13·10117-002

I'm writing you this letter in hopes of having my federal probation terminated early. I've given this a lot of thought and in doing so it made me not only look at my own life, but also the world around me, and how each of us contribute to our own community and society as a whole.

I started out writing about all the positive things that I've accomplished. Although there are many positive things I can share, and I will get to a few of them, there is a much bigger picture. Anyone can throw together a list of positive accomplishments and paint a pretty picture of themselves in the process. Are we good neighbors though? Do I contribute to my community and am I a positive role model to the generations that follow? If I were asked any of these questions a few years ago, my answer would've been no. Fast forward to today October 24, 2019, and I can truthfully answer yes to these questions.

Something happened to me over the past few years. A growing process or a metamorphosis if you will. It's how I see things & feel about myself and everything around me. It would be hard to explain or sum up in a few sentences, but I'll try. I'm happy, I feel a sense of pride that I never before had, I feel a connection to my neighbors & my community, and I want nothing to do with anyone who's not on the same page as I am (including family). Looking back on my life, I have regrets and I'm ashamed of past behavior. I do, however, understand that life is a series of lessons. It's what we do with those life lessons that count. As a young man, when life would throw me a curveball, I never stopped to think that maybe it was my actions that caused this curveball. Or what can be learned from all of this? I would simply get up, dust myself off, and continue down the same path. It took many years before I finally came to realize that doing things "my way" wasn't working.

I began evaluating my life and my circumstances from that very day that I stood in front of you for sentencing. You gave me a second chance. I'm not sure why you thought that I deserved a second chance because, at that point in time, I probably didn't deserve it. At that moment I knew that never again would I be given any more chances in life. I began wondering why all these years I had been punishing myself. I began telling myself that I deserved happiness and it needed to start with loving myself. I deserved more than a prison cell, locked doors, fences, and razor wire. Standing in front of you that day made me open my eyes and it helped to start a life long process of change. So for what it's worth, I thank you.

As I said I've accomplished many things over the past few years. To name a few, I've stayed employed with the same company for almost 3 years now. I managed to move up within the company holding positions as Feedstock Operator, RNG Technician, Lead Operator, and Gas Skid Technician. I earned certifications for Forklift, Scissor Lift, Manitu, Skidsteer, C.P.R., Confined Space, Hazardous Materials, and Shag Truck. I bought a very nice vehicle (Lincoln MKX) which I'm 8 months from paying off, managed to save enough money for a considerable size down payment on a house for my family & I, as well as a safety fund which would cover my mortgage & bills for 6 months (were I to get hurt, fall ill, or get laid off), and I, have significantly built my credit as well as my credit score (building it from 580 to 770+). I have a 401K that I contribute to for my retirement and a life insurance policy on myself for my fiance' and daughter. Overall, I'm happy and I'm in a good place.

# RECEIVED

DEC **1 0** 2019

CLERK
**U.S.** DISTRICT COURT

Unfortunately, the plant where I had been working the past couple years had to shut down due to a sizable crack in our digester which was allowing methane gas to leak out into the atmosphere. Around 30 of my co-workers were laid off. Fortunately, I was 1 of 4 people that wasn't laid off or terminated. After our South Sioux plant in Nebraska was shut down, I was eventually sent to work at our Riceville plant located in Iowa. Upper management came up with a plan to have me travel each week to Riceville (a 4-hour commute) paying my hotel cost, my eating expense, and mileage for three months. After the 3 months, I'd then be expected to make the move out to Riceville Iowa along with my family.

So, this is where I'm at now. I plan on moving to the Riceville area and buying a house for my family & I. Of course, this all depends on whether I'm allowed to. My fear is: 1) will federal probation approve my transfer from Nebraska to Iowa and 2) If they do, then my fear is a year down the road, our South Sioux plant gets fixed and I'm asked to move back or, at some time in the future, I'm offered a better paying position at our corporate headquarters in Denmark Wisconsin. My frustration in continuing my federal probation is that each time I transfer to a new location I'm expected to have a residence at the new location before they'll approve. Then I could potentially be denied after I spent the money on an apartment or house. I plan on buying a home which complicates matters even more.

As I've gotten older & wiser, I do understand the need and importance of probation. Not only do I understand but I agree that it's a necessity in our society. If it wasn't for my current situation, I had no intention of asking for an early release. Unless I'm asking for a travel permit or my P.O. is stopping by to say hi every couple of months, I forget that I'm even on probation. My life consists of working and being at home with my family. When you are doing the right things in life then you don't have time for anything else, especially the things that got me into trouble.

Thank you for your time and consideration of my request. My case number was 1:12CR10117 before I transferred to Nebraska. My new case number is 8:17CR171 and Honorable Judge Laurie Smith Camp is now presiding over my case.

Sincerely,

Danny L. Stice

*Danny Stice*

Danny L. Stice
2903 Newell
Sioux City, Iowa 51111

Stice
well
y, Iowa
51111



SIOUX FALLS SD 570

28 OCT 2019 PM 2 1

Honorable James E. Shadid
204 U.S. Courthouse
100 N.E. Monroe Street
Peoria, Illinois 61602

61602-105389

```
MIME-Version:1.0
From:ECF_Returns@ilcd.uscourts.gov
To:ECF_Notices
Bcc:
--Case Participants: Christopher S McCall (christopher@mccalllegal.com,
cmccall2@hotmail.com, paralegal@mccalllegal.com), Bradley W Murphy
(allison.ramsdale@usdoj.gov, caseview.ecf@usdoj.gov, kelly.k.thompson@usdoj.gov), George
F Taseff (george_taseff@fd.org, mary_k_ardis@fd.org), Greggory R Walters
(allison.ramsdale@usdoj.gov, caseview.ecf@usdoj.gov, greggory.walters@usdoj.gov,
kelly.k.thompson@usdoj.gov), Magistrate Judge John A. Gorman
(chambers.gorman@ilcd.uscourts.gov), Judge James E. Shadid
(chambers.shadid@ilcd.uscourts.gov, and james_shadid@ilcd.uscourts.gov)
--Non Case Participants: Probation NEFs (ilcpml_filings@ilcp.uscourts.gov), U.S.
Marshals - Peoria (marshals_peoria@ilcd.uscourts.gov)
--No Notice Sent:

Message-Id:<3666178@ilcd.uscourts.gov>
Subject:Activity in Case 1:12-cr-10117-JES-JAG USA v. Gibson et al Order on Motion for
Early Termination of Probation
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 12/5/2019 at 9:32 AM CST and filed on 12/5/2019

**Case Name:**     USA v. Gibson et al
**Case Number:**   1:12-cr-10117-JES-JAG
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text ORDER referring [64] Motion for Early Termination of Probation as to Danny L Stice (2)to the District of Nebraska. Mr. Stice transferred to Nebraska in early 2017; jurisdiction of his case was transferred to the District of Nebraska in June 2017. The Clerk is directed to forward his request to the District of Nebraska for consideration.Entered by Judge James E. Shadid on 12/5/2019. (CG, ilcd)**

**RECEIVED**

DEC 1 0 2019

**1:12-cr-10117-JES-JAG-2 Notice has been electronically mailed to:**

CLERK
U.S. DISTRICT COURT

Christopher S McCall    christopher@mccalllegal.com, cmccall2@hotmail.com,

paralegal@mccalllegal.com

George F Taseff     George_Taseff@fd.org, mary_k_ardis@fd.org

Greggory R Walters     greggory.walters@usdoj.gov, allison.ramsdale@usdoj.gov,
CaseView.ECF@usdoj.gov, kelly.k.thompson@usdoj.gov

**1:12-cr-10117-JES-JAG-2 Notice has been delivered by other means to:**

Bradley W Murphy
US ATTY
One Technology Plaza
Suite 400
211 Fulton St
Peoria, IL 61602

U.S. District Court
Clerk's Office
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE  68102

**RECEIVED**

DEC **1 0** 2019

CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 305
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

**OFFICIAL BUSINESS**



$0.65
US POSTAGE
FIRST-CLASS
062S0008089195
61602

**RECEIVED**

DEC **1 0** 2019

CLERK
U.S. DISTRICT COURT