# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR171 |
| vs. | ORDER |
| DANNY L. STICE, | |
| Defendant. | |

This matter is before the Court on the Defendant's Motion for Early Termination of Supervised Release, ECF No. 64. The Government objects to such early termination, and the Defendant does not meet other criteria used by the Court's Probation Office in determining eligibility for early termination of supervision. Accordingly, the Motion will be denied, without prejudice to re-submission not less than one year following the date of this Order.

IT IS ORDERED:

1. The Defendant's Motion for Early Termination of Supervised Release, ECF No. 64, is denied;
2. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 7th day of January 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge